[No. 61413-4-I.   Division One.   March 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN GONZALEZ-FRIAS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-00316-8, Susan K. Cook, J., entered March 7, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61501-7-I.   Division One.   March 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. K.P., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-8-01499-3, Larry E. McKeeman, J., entered March 13, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61606-4-I.   Division One.   March 2, 2009.]

SACOTTE CONSTRUCTION, INC., *Plaintiff*, v. TALUSWOOD TOWNHOMES, LLC, ET AL., *Defendants*.

TALUSWOOD TOWNHOMES, LLC, *Respondent*, v. JOE SACOTTE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-03378-1, Bruce E. Heller, J., entered April 7, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox and Appelwick, JJ.

[No. 61916-1-I.   Division One.   March 2, 2009.]

*In the Matter of the Estate of* STUART C. RIPPEE.

LAURA BURWASH, *Appellant*, v. DENISE RIPPEE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-4-04207-2, Suzanne M. Barnett, J., entered June 24, 2008. *Reversed* by unpublished per curiam opinion.